THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, against CHRISTOPHER WEST et al., Appellants.

Submitted May 19, 1952; decided June 6, 1952.

646

*Sidney Roffman* for motion.

*Robert H. Schaffer* and *Henry S. Halprin* opposed.

Motion granted and, upon reargument, motion for leave to appeal granted. [See 303 N. Y. 1003.]